UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: _____

| | |
|---|---|
| STONERIDGE CONTROL DEVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STRATTEC SECURITY CORPORATION,<br><br>Defendant. |  |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT STRATTEC SECURITY CORPORATION

To:     Civil Clerk's Office
        United States District Court
        Moakley U.S. Courthouse
        1 Courthouse Way
        Boston, MA 02210

Please enter the appearance of Christopher A. Duggan and David G. Braithwaite as counsel for the defendant, Strattec Security Corporation.

Respectfully submitted,
Strattec Security Corporation,
By its attorneys,

_/s/ Christopher A. Duggan_
_/s/ David G. Braithwaite_
Christopher A. Duggan
BBO No.: 544150
David G. Braithwaite
BBO No.: 634013
SMITH & DUGGAN LLP
Two Center Plaza
Boston, MA 02108
(617) 248-1900

Dated: March 19, 2004

## CERTIFICATE OF SERVICE

I, Christopher A. Duggan, hereby certify that I have caused a copy of the foregoing document to be served upon:

Paul E. White, Esq.
Andrew R. Levin, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

by first-class mail on March 19, 2004.

Christopher A. Duggan