UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONERIDGE CONTROL DEVICES,        )
    Plaintiff(s),               )
                                )
        v                   )        C.A. No. 04-10560-MLW
                                )
STRATTEC SECURITY CORPORATION,     )
    Defendant(s),               )

MEMORANDUM AND ORDER

WOLF, D.J.                                    June 16, 2004


This action is one of about 225 civil cases assigned to me. I am also responsible for about 40 criminal cases, involving more than 50 defendants, many of whom have been incarcerated pending trial. Accordingly, I am interested in making arrangements for the fair and efficient progress and resolution of some of my civil cases.

Upon review of my civil docket, I believe that the above captioned case, and the administration of justice would benefit from being reassigned for all purposes to Magistrate Judge Bowler, pursuant to 28 U.S.C. § 636(c)(1) and (3). If such reassignment occurs, Magistrate Judge Bowler will decide all pretrial issues, schedule a firm trial date, conduct any trial that is necessary, with or without a jury, and any appeal would