UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 CV 10560-NMG

STONERIDGE CONTROL DEVICES, INC.,

      Plaintiff,

v.

STRATTEC SECURITY CORPORATION,

      Defendant.

## JOINT STATEMENT OF THE PARTIES RE: ASSIGNMENT OF CASE TO MAGISTRATE JUDGE

The parties do not consent to transferring this matter to a magistrate judge, and request that the matter remain before the Hon. Nathaniel M. Gorton.

Respectfully submitted,
Stoneridge Control Devices, Inc.
By its attorneys,

_/s/ Andrew R. Levin_
Paul E. White
BBO No.: 549584
Andrew R. Levin
BBO No.: 631338
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Respectfully submitted,
Strattec Security Corporation,
By its attorneys,

_/s/ David G. Braithwaite_
Christopher A. Duggan
BBO No.: 544150
David G. Braithwaite
BBO No.: 634013
SMITH & DUGGAN LLP
Two Center Plaza
Boston, MA 02108
(617) 248-1900

Dated: July 7, 2004

## CERTIFICATE OF SERVICE

I, David G. Braithwaite, hereby certify that I have caused a copy of the foregoing document to be served upon:

Paul E. White, Esq.
Andrew R. Levin, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

by first-class mail on July 7, 2004.

_____
David G. Braithwaite