UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 CV 10560-NMG

```
* * * * * * * * * * * * * * * *
                               *
STONERIDGE CONTROL DEVICES,    *
INC.,                          *
                               *
      Plaintiff                *
                               *
vs.                            *
                               *
STRATTEC SECURITY CORPORATION, *
                               *
      Defendant                *
                               *
* * * * * * * * * * * * * * * *
```

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**
**STRATTEC SECURITY CORPORATION**

To: Civil Clerk's Office
    United States District Court
    Moakley U.S. Courthouse
    1 Courthouse Way
    Boston, MA 02210

    Please enter the appearance of Richard J. Shea and Megan E. Kures as counsel for the defendant, Strattec Security Corporation.

                                   Respectfully submitted,

                                   _____
                                   Richard J. Shea (BBO #456310)
                                   Megan E. Kures (BBO #652482)
                                   Melick, Porter & Shea, LLP
                                   28 State Street
                                   Boston, MA 02109-1775
                                   (617) 523-6200

Dated: 10/4/04

CERTIFICATE OF SERVICE

I, Megan E. Kures, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

>Paul E. White
>Andrew R. Levin
>Sugarman, Rogers, Barshak & Cohen, P.C.
>101 Merrimac Street, 9th Floor
>Boston, MA 02114

Date: 10/4/04

Megan E. Kures