UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10560-NMG

| |
|---|
| STONERIDGE CONTROL DEVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRATTEC SECURITY CORPORATION, <br><br> Defendant. |

### NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT STRATTEC SECURITY CORPORATION

To:   Civil Clerk's Office
      United States District Court
      Moakley U.S. Courthouse
      1 Courthouse Way
      Boston, MA 02210

Please withdraw the appearance of Christopher A. Duggan and David G. Braithwaite as counsel for the defendant, Strattec Security Corporation.

                                        Respectfully submitted,
                                        Strattec Security Corporation,
                                        By its attorneys,


                                        s/s Christopher A. Duggan

                                        Christopher A. Duggan
                                        BBO No.: 544150
                                        David G. Braithwaite
                                        BBO No.: 634013
                                        SMITH & DUGGAN LLP
                                        Two Center Plaza
                                        Boston, MA 02108
                                        (617) 248-1900

Dated: October 14, 2004

## CERTIFICATE OF SERVICE

      I, Christopher A. Duggan, hereby certify that I have caused a copy of the foregoing document to be served upon:

Paul E. White, Esq.
Andrew R. Levin, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

by first-class mail on October 14, 2004.

                                                                           s/s Christopher A. Duggan