UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STONERIDGE CONTROL DEVICES, INC.,
    Plaintiff

v.

STRATTEC SECURITY CORPORATION,
    Defendant

CIVIL ACTION NO. 04 CV 10560-NMG

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), the plaintiff and defendant have conferred and submit the following joint statement and proposed pretrial schedule in anticipation of the Scheduling Conference scheduled for December 2, 2004.

I.    PROPOSED PRETRIAL SCHEDULE AND DISCOVERY PLAN

The parties have agreed to a discovery schedule that was developed by the respective parties in view of the obligation to limit discovery set forth in Fed. R. Civ. P. 26(b). The following dates represent the parties' best estimates of the time required to complete each listed discovery event:

| | |
|---|---|
| December 10, 2004: | Initial Disclosures to be completed. |
| August 31, 2005: | Fact discovery to be completed. |
| September 15, 2005: | Parties to provide name and specialty of anticipated experts. To the extent the designation of experts by a party requires expert counter-designations by the other party, such experts to be identified by September 30, 2005. |
| October 31, 2005: | Plaintiff's expert disclosure(s) to be served. |
| November 30, 2005: | Defendant's expert disclosure(s) to be served. |
| January 16, 2006: | Depositions of experts to be completed. |

| | |
|---|---|
| February 15, 2006: | Motions for summary judgment, if any, must be filed. |
| March 15, 2006: | Opposition to motion for summary judgment, if any, must be filed. |
| March 31, 2006: | Reply to opposition to motion for summary judgment, if any, must be filed. |

II. **SETTLEMENT**

Prior to the Scheduling Conference, and in accordance with Local Rule 16.1(C), Plaintiff will have made a written settlement proposal to defendant. Before the scheduling conference, the defendant will have conferred with its counsel on the subject of settlement, and defendant's counsel will be prepared to respond to the proposal at the scheduling conference.

III. **CERTIFICATION OF CONSULTATION**

The parties will separately file the Certifications required by Local Rule 16.1(D)(3).

| | |
|---|---|
| STONERIDGE CONTROL DEVICES, INC., By its Attorneys, | STATTREC SECURITY CORPORATION, By its Attorneys, |
| /S/ <br> Paul E. White, BBO No. 549584 <br> Andrew R. Levin, BBO No. 631338 <br> Sugarman, Rogers, Barshak & Cohen, P.C. <br> 101 Merrimac Street, 9th Floor <br> Boston, MA 02114-4737 <br> (617) 227-3030 | /S/ <br> Richard J. Shea, BBO No. 456310 <br> Megan E. Kures, BBO No. 652482 <br> Melick, Porter & Shea, LLP <br> 28 State Street <br> Boston, MA 02109-1775 <br> (617) 523-6200 |

Dated: November 18, 2004

Doc. #356157

2