UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10560

```
* * * * * * * * * * * * * * * *
                               *
STONERIDGE CONTROL DEVICES,    *
INC.                           *
                               *
     Plaintiff,                *
                               *
v.                             *
                               *
STRATTEC SECURITY CORP.        *
                               *
     Defendant,                *
                               *
                               *
                               *
* * * * * * * * * * * * * * * *
```

**<u>DEFENDANT, STRATTEC SECURITY CORPORATION'S,
CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, the undersigned counsel for the defendant, Strattec Security Corporation, hereby certify that Strattec Security Corporation has no parent corporations and that there are no publicly held corporations that own more than ten percent of said defendant's stock.

        Respectfully submitted,
        Strattec Security Corp.,
        By its counsel,

        /s/ Richard J. Shea
        Richard J. Shea BBO #456310
        Megan E. Kures BBO #652485
        MELICK, PORTER & SHEA, LLP
        28 State Street - 22nd floor
        Boston, MA 02109
        (617) 523-6200

Date: November 23, 2004

## CERTIFICATE OF SERVICE

    I, Richard J. Shea, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

        Paul E. White
        Andrew R. Levin
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street, 9th Floor
        Boston, MA 02114

        /s/ Richard J. Shea

Date: November 23, 2004