UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-00298

```
* * * * * * * * * * * * * * * * *
                                 *
STONERIDGE CONTROL DEVICES,      *
INC.,                            *
                                 *
      Plaintiff,                 *
                                 *
v.                               *
                                 *
STRATTEC SECURITY CORP.,         *
                                 *
      Defendant,                 *
                                 *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

## **DEFENDANT, STRATTEC SECURITY CORPORATION'S, LOCAL RULE 16.1(d)(3) CERTIFICATION**

The defendant, Strattec Security Corporation, and its counsel, hereby certify that, pursuant to Local Rule 16.1 (D)(3), they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

```
Strattec Security Corporation,      By its Attorneys,

By its authorized
representative,


/s/ Patrick Hansen                  /s/ Richard J. Shea
Patrick Hansen                      Richard J. Shea, BBO #456310
Vice President and CFO              Megan E. Kures, BBO #652485
Strattec Security Corp.             MELICK, PORTER & SHEA, LLP
3333 West Good Hope Road            28 State Street
Milwaukee, WI 53209                 Boston, MA 02109
(414)247-3435                       (617)523-6200


Date: 12/1/04                       Date: 12/1/04
```