```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


                              CIVIL ACTION NO: 04-10560

* * * * * * * * * * * * * * * *
                               *
STONERIDGE CONTROL DEVICES,    *
INC.                           *
                               *
      Plaintiff,               *
                               *
v.                             *
                               *
STRATTEC SECURITY CORP.        *
                               *
      Defendant,               *
                               *
                               *
                               *
* * * * * * * * * * * * * * * *
```

**DEFENDANT, STRATTEC SECURITY CORPORATION'S,
AUTOMATIC DISCOVERY DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a) and Local Rule 26.2(A), the defendant, Strattec Security Corporation ("Strattec"), hereby makes this its automatic disclosure. This disclosure is based on the information now available to Strattec and its counsel. Strattec reserves the right to supplement its disclosure when and if necessary.

**I.   Individuals Likely to Have Discoverable Information**

    a.   Don Harrod
        Vice President, Engineering
        Strattec Security Corporation
        3333 West Good Hope Road
        Milwaukee, WI 53209

Mr. Harrod is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak as well as Strattec's investigation into said allegations.

    b.   Fred Kosloske
        Director of Sales
        Strattec Security Corporation
        3333 West Good Hope Road
        Milwaukee, WI 53209

    Mr. Kosloske is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak as well as Strattec's investigation into said allegations.

    c.    David Kusik
          Project Engineer
          Strattec Security Corporation
          3333 West Good Hope Road
          Milwaukee, WI 53209

    Mr. Kusik is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak as well as Strattec's investigation into said allegations.

    d.    Kevin Schumacher
          Former Customer Business Manager
          Address Unknown

    Mr. Schumacher is a former Strattec employee and is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak as well as Strattec's investigation into said allegations.

    e.    Chris Pfaehler
          Former Vice President of Sales
          Address Unknown

    Mr. Pfaehler is a former Strattec employee who is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak.

    f.    Kevin Elinski
          Former Engineering Manager
          address unknown

    Mr. Elinski is a former Strattec employee and is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with production changes concerning the cylinders.

    g.    Ann Hering
          Supply Chain Supervisor
          Strattec Security Corporation
          3333 West Good Hope Road
          Milwaukee, WI 53209

    Ms. Hering is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak.

    h.    Sandi Woelfl
          Quality Engineer

       Strattec Security Corporation
       3333 West Good Hope Road
       Milwaukee, WI 53209

    Ms. Woelfl is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak as well as Strattec's investigation into said allegations.

    i.    Tina Winberg
       Former Purchasing Buyer
       Address Unknown

    Ms. Winberg is a former Strattec employee who is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak.

    j.    Luis Portillo
       Supplier Quality Engineer
       Strattec Security Corporation
       3333 West Good Hope Road
       Milwaukee, WI 53209

    Mr. Portillo is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak.

    k.    Barbara Wood
       Customer Service Representative
       Strattec Security Corporation
       3333 West Good Hope Road
       Milwaukee, WI 53209

    Ms. Wood is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak.

    l.    Patrick Murray
       Former Supplier Quality Engineer
       Address Unknown

    Mr. Murray is a former Strattec employee who is familiar with Strattec's production of the lock cylinders at issue in this case and is familiar with the allegations asserted by Pollak.

    m    William Boppre
       Product Designer
       Address Unknown

    Mr. Boppre is a former Strattec employee who is familiar with Strattec's production of the lock cylinders at issue in this case.

    n.    Tom Yatson
          Engineering Manager
          Strattec Security Corporation
          3333 West Good Hope Road
          Milwaukee, WI 53209

    o.    Scott Chambers
          Trostel
          999 Wells Street
          Lake Geneva, WI 53147

Mr. Chambers is familiar with Strattec's production of the lock cylinders at issue in this case and with issues related to the ejector pins.

    p.    Robert M. Savoy, Jr.
          Trostel
          999 Wells Street
          Lake Geneva, WI 53147

Mr. Savoy is familiar with Strattec's production of the lock cylinders at issue in this case and with issues related to the ejector pins.

    q.    Patrick Hansen
          Vice President and Chief Financial Officer
          Strattec Security Corporation
          3333 West Good Hope Road
          Milwaukee, WI 53209

Mr. Hansen is familiar with the allegations asserted by Pollak and Strattec's investigation into said allegations.

Strattec reserves the right to supplement this section.

## II. Documents Which May Support Strattec's Defenses

    a.    Pollak Switch Seal Test dated 11/21/02.

    b.    Key and Lock Cylinder Assembly Diagram from Joseph Pollak Corp.

    c.    Lock Cylinder Assembly Diagram Briggs & Stratton Company.

    d.    Strattec Quotation for Production of 100,000 Lock Sets Annually for Pollack dated 6/5/97.

    e.    Strattec Temporary Deviation Request Dated 7/21/98.

    f.    Pollack Supplier Request for Engineering Approval Form dated 7/17/98.

    g.    Letter from Fred Kosloske to Michael Reagan dated

        8/5/02.

   h.    Letter from Fred Kosloske to Michael Reagan dated 8/22/02.

   i.    Letter from Kevin Schumacher to Mike Reagan dated 9/17/02.

   j.    Letter from Don Harrod to Mike Reagan dated 11/11/02.

   k.    Sales slip including warranty and indemnification language.

   l.    Results of Pollack Cylinder Leak Test dated 11/5/02.

Strattec reserves the right to supplement this section.

### III. Computation of Damages

Strattec has no such damages.

### IV. Insurance Agreements

Strattec is insured pursuant to a General Liability policy issued by Federal Insurance Company. The policy number is 3535-24-82CCG. Upon request, Strattec, through counsel, will make a copy of said policy available for inspection and copying.

                        Respectfully submitted,
                        Strattec Security Corp.,
                        By its counsel,

                        /s/ Richard J. Shea
                        Richard J. Shea BBO #456310
                        Megan E. Kures BBO #652485
                        MELICK, PORTER & SHEA, LLP
                        28 State Street - 22nd floor
                        Boston, MA 02109
                        (617) 523-6200

Dated: December 22, 2004