UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STONERIDGE CONTROL DEVICES, INC.,
    Plaintiff

v.

STRATTEC SECURITY CORPORATION,
    Defendant

CIVIL ACTION NO. 04 CV 10560-NMG

## PLAINTIFF STONERIDGE CONTROL DEVICES, INC.'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(a), defendant Stoneridge Control Devices, Inc. ("Stoneridge") makes the following disclosures:

**1.   Fed. R. Civ. P. 26(a)(1)(A).**

Based upon the information available to Stoneridge at this time, the people listed below are likely to have discoverable information that counsel for Stoneridge may use to support its claims.

    A.   Mike Reagan, Pollak Switch Products Division, 300 Dan Road, Canton, MA: Mr. Reagan has information regarding the contractual relationship between Stoneridge and Strattec; the obligations of Strattec under the agreement by which Strattec supplied lock cylinders to Stoneridge; the historical performance of the lock cylinders supplied by Strattec; unauthorized changes made by Strattec to the agreed-upon specification; information regarding the specifications of the lock cylinders manufactured by Trostel for Strattec and supplied to Stoneridge; communications between Strattec and Stoneridge concerning failure of the lock cylinders and possible indemnification by Strattec; and the costs incurred by Stoneridge as a result of the failure of the lock cylinders supplied by Strattec to comply with the agreed-upon specifications, including but not limited to the costs of the retrofit campaign.

B.   Neal Pugh, Pollak Switch Products Division, 300 Dan Road, Canton, MA: Mr. Pugh has information regarding the technical aspects of the ignition switches that were manufactured by Stoneridge incorporating the lock cylinders supplied by Strattec; information regarding the technical aspects of the lock cylinders supplied by Strattec; information regarding the problems caused by Strattec's failure to supply lock cylinders in accordance with the agreed-upon specifications; information regarding failure analysis and other testing performed on the lock cylinders supplied by Strattec; and information regarding communications between Strattec and Stoneridge concerning failure of the lock cylinders.

C.   Steve Divoll, Pollak Switch Products Division, 300 Dan Road, Canton, MA: Mr. Divoll has information regarding the technical aspects of the ignition switches that were manufactured by Stoneridge incorporating the lock cylinders supplied by Strattec; information regarding the problems caused by Strattec's failure to supply lock cylinders in accordance with the agreed-upon specifications; information regarding the failure analysis and other testing that was performed on the lock cylinders provided by Strattec; and information concerning the retrofit campaign.

D.   Matt La Placa, Pollak Switch Products Division, 300 Dan Road, Canton, MA: Mr. La Placa has information regarding the technical aspects of the ignition switches that were manufactured by Stoneridge using the lock cylinders supplied by Strattec; information regarding the technical aspects of the lock cylinders supplied by Strattec; and information regarding the retrofit campaign.

E.   Gary Viveiros, Pollak Switch Products Division, 300 Dan Road, Canton, MA: Mr. Viveiros has information regarding the specifications of the lock cylinders manufactured by Trostel for Strattec and supplied to Stoneridge; and communications between

and among Stoneridge, Strattec and Trostel once the problem with the lock cylinders materialized.

      F.    Gary Keefe, Pollak Switch Products Division, 300 Dan Road, Canton, MA: Mr. Keefe has information regarding the retrofit campaign; information regarding claims made against Stoneridge and its customers as a result of the failure of the lock cylinders; information regarding resolution of claims made against Stoneridge and its customers as a result of the failure of the lock cylinders; and the cost of the retrofit campaign.

      G.    Jack Springston, Pollak Switch Products Division, 300 Dan Road, Canton, MA: Mr. Springston has information regarding the retrofit campaign.

      H.    Bill Miller, New England Professional Systems, Holliston, MA: Mr. Miller has information regarding the retrofit campaign.

Stoneridge reserves the right to supplement this section.

**2.**    **Fed. R. Civ. P. 26(a)(1)(B).**

      A.    Purchase orders and other documents identifying (1) terms and conductions under which Stoneridge purchased lock cylinders from Strattec and (2) the quantities of products purchased from Strattec and the dates of those purchases.

      B.    General Operating Systems for Purchased Materials manual dated January 1995.

      C.    Agreed-upon specifications and drawings for the lock cylinders, including engineering change requests.

      D.    Strattec specifications and drawings for the lock cylinders;

      E.    Documentation relating to the production of lock cylinders for Strattec by Trostel, including drawings, specifications and testing documentation.

      F.     Documents regarding testing performed by Stoneridge in evaluating claims relating to the failure of its ignition switches and in devising the retrofit campaign solution.

      G.     Correspondence with Strattec concerning the failure of the lock cylinders to comply with the agreed-upon specifications, the corrective action to be taken by Stoneridge and Stoneridge's request for indemnification.

      H.     Documents regarding the retrofit campaign.

      I.     Documents supporting the damages set forth in Section 3 below.

Stoneridge reserves the right to supplement this section.

**3.**    **Fed. R. Civ. P. 26(a)(1)(C).**

| | | |
|---|---|---:|
| A. | Retrofit Campaign: | $474,600 |
| B. | Engineering labor in evaluating and correcting problem: | $34,700 |
| C. | Manufacturing labor and variance associated with reworking lock cylinders: | $93,700 |
| D. | Re-tool lock cylinders for new source including Pollak engineering support: | $58,000 |
| E. | Labor associated with retrofit campaign: | $12,000 |
| F. | Replacement switches: | $2,020 |
| G. | Travel in connection with failure Investigation: | $2,000 |
| H. | Claims settlement: | $103,500 |
| I. | Legal fees for retrofit campaign and Claims settlement: | $79,000 |
| | TOTAL DAMAGES: | $856,920 |

4

Stoneridge reserves the right to supplement this section.

4. **Fed. R Civ. P. 26(a)(1)(D).**

Not applicable.

STONERIDGE CONTROL DEVICES, INC.
By its attorneys,

/s/ Andrew R. Levin
Paul E. White, BBO No. 549584
Andrew R. Levin, BBO No. 631338
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

DATED: January 5, 2005

357676