UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10560

```
* * * * * * * * * * * * * * * *
                               *
STONERIDGE CONTROL DEVICES,    *
INC.                           *
                               *
     Plaintiff,                *
                               *
v.                             *
                               *
STRATTEC SECURITY CORP.        *
                               *
     Defendant,                *
                               *
                               *
                               *
* * * * * * * * * * * * * * * *
```

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), the parties to this action hereby agree and stipulate that the above action be dismissed with prejudice and without legal fees or costs. The parties waive all rights of appeal.

| The Defendant,<br>Strattec Security Corp.,<br>By its counsel, | The Plaintiff,<br>Stoneridge Control Devices,<br>By its counsel, |
|---|---|
| /s/ Megan E. Kures | /s/ Andrew R. Levin |
| _____ | _____ |
| Richard J. Shea (BBO #456310)<br>Megan E. Kures (BBO #652485)<br>Melick, Porter & Shea, LLP<br>28 State Street<br>Boston, MA  02109-1775<br>(617) 523-6200 | Paul E. White (BBO #549584)<br>Andrew R. Levin (BBO #631338)<br>Sugarman, Rogers, Barshak &<br>Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114<br>(617)227-3030 |

Dated:9/29/05